AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00271 |
| Brian Holmes | ) Assigned To : Judge G. Michael Harvey |
| 11709120 | ) Assign. Date : 8/23/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Brian Holmes__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) & 2 (Civil Disorder and Aiding and Abetting)
18 U.S.C. § 111(a)(1) & 2 (Assaulting/Resisting/Impeding a Federal Officer and Aiding and Abetting)
18 U.S.C. § 1752(a)(1) (Entering or Remaining in any Restricted Building or Grounds)
18 U.S.C. §§ 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. §§ 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings)

Date: 08/23/2024                                   _G. Michael Harvey_
                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/23/2024, and the person was arrested on *(date)* 09/13/2024
at *(city and state)* Martinsburg, WV.

Date: 09/13/2024                                   _Tyler McCoy_
                                                        *Arresting officer's signature*
                                                        for: FBI
                                                        *Printed name and title*