**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-MJ-271 |
| | : | |
| **BRIAN HOLMES,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States has contacted counsel for the defendant regarding this motion, but counsel has not responded.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:   /s/*Mindy Deranek*
Mindy Deranek
Assistant United States Attorney
WA Bar No. 43085
601 D. Street, NW
Washington, DC 20530
(202) 252-7776
Mindy.Deranek@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 22nd day of October, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

|  |  |
|---|---|
| By: | <u>/s/ Mindy Deranek</u><br>Mindy Deranek<br>Assistant United States Attorney<br>WA Bar No. 43085<br>601 D. Street, NW<br>Washington, DC 20530<br>(202) 252-7776<br>Mindy.Deranek@usdoj.gov |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-MJ-271 |
| : | |
| **BRIAN HOLMES,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date: _____

U.S. MAGISTRATE JUDGE